AAS
F.#2010R00136
OCDETF#NY-NYE-628

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X

UNITED STATES OF AMERICA

    -against-

GLASFORD O'BRIEN DAVIS, et al.,

               Defendants.

-------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 28 2010 ★

**BROOKLYN OFFICE**

UNSEALING ORDER
CR-10-59 (N60)

EASTERN DISTRICT OF NEW YORK, SS:

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alexander A. Solomon, for an order unsealing the indictment in the above-captioned matter as to the following defendants: GLASFORD O'BRIEN DAVIS, also known as "Mike Glass," "David Dele" and "Eric Wilson," OSCAR GASTELUM, also known as "Mailman," and MARTIN TERRAN.

WHEREFORE, it is ordered that the complaint in the above-captioned matter be unsealed as to the following defendants: GLASFORD O'BRIEN DAVIS, also known as "Mike Glass," "David Dele" and "Eric Wilson," OSCAR GASTELUM, also known as "Mailman," and MARTIN TERRAN.

Dated:   Brooklyn, New York
         January 28, 2010

                                     s/Robert M. Levy
                                     _____
                                     UNITED STATES MAGISTRATE JUDGE
                                     EASTERN DISTRICT OF NEW YORK